IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ADAM KOBOS | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:20-cv-3488-K |
| | § | |
| BEYONDTRUST, INC. | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated November 1, 2021, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.  The evidentiary hearing to determine the appropriate amount of liquidated damages is referred to United States Magistrate Judge, David L. Horan, for hearing and findings and recommendation.

**SO ORDERED.**

Signed November 18th, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE